Ronald Henry, Kaye Scholer LLP, Washington, DC, argued for plaintiff-appellant. Also represented by ROBERT John Wagman, Jr., David M. Hibey.

Matthew Paul Roche, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Kirk T. Manhardt.

PROST, Chief Judge, LOURIE and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**SEK SOLUTIONS, LLC,**
**Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5139.

United States Court of Appeals,
Federal Circuit.

June 8, 2015.